UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEL AIR MART, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARNOLD CLEANERS, INC., et al.,<br><br>      Defendants.<br>_____/ | No. 2:10-cv-02392-MCE-EFB<br><br><br><br>**NON RELATED CASE ORDER** |
| ARROWOOD INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>BEL AIR MART, et al.,<br><br>      Defendants.<br>_____/ | No. 2:11-cv-00976-JAM-DAD |

    The court has received the Notice of Potentially Related Cases concerning the above-captioned cases filed April 11, 2011. See Local Rule 123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated: June 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE