**FILED**

SEP 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BEL AIR MART, a California corporation; R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust; ROBERT GERN NAGLER, an individual,<br><br>Defendants.<br><br>BEL AIR MART, a California corporation,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY, | CASE NO. 2:11-CV-00976-JAM-DAD<br><br>[PROPOSED] ORDER GRANTING BEL AIR MART'S MOTION TO STAY DISCOVERY, PRE-TRIAL DATES, AND ACTION IN THE PRESENT ACTION<br><br>DATE: September 7, 2011<br>TIME: 9:30 a.m.<br>CTRM: 6<br><br>Hon. John A. Mendez |

1    Bel Air Mart's ("Bel Air") Motion for Stay of Discovery, Pre-Trial Dates and Trial in the Present Action came on regularly for hearing on the 9:30 a.m. calendar on September 7, 2011, in Courtroom 6 of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, the Honorable John A. Mendez, presiding. Gary W. Osborne of Osborne & Nesbitt, LLP appeared for Bel Air and Bruce Celebrezze of Sedgwick LLP appeared on behalf of Arrowood Indemnity Company ("Arrowood").

Having considered the arguments of counsel, both written and oral, and good cause appearing, the Court hereby **grants** Bel Air's Motion and orders and all ~~discovery~~ *jam*, pre-trial dates and trial of this action are hereby stayed until conclusion of the underlying lawsuit entitled *Bel Air Mart, et al. v. Arnold Cleaners Inc., et al.*, pending before the United States District Court for the Eastern District of California, and assigned Case No. 2:10-CV-02392 MCE-EFB., or until further notice of this Court.

This ruling is based on the fact that Plaintiff and Counterclaim Defendant Arrowood Indemnity Company ("Arrowood") seeks herein to adjudicate coverage questions which turn on facts to be litigated in the underlying environmental litigation. Under such circumstances, a stay is required to avoid prejudice to Arrowood's insured, Bel Air, that would result if Arrowood were allowed to prosecute the present declaratory judgment action while the underlying action remains pending.

**IT IS SO ORDERED.**

DATED: 9-7-2011

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE