UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>BEL AIR MART, a California corporation; R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust; ROBERT GERN NAGLER, an individual,<br><br>    Defendants.<br><br>BEL AIR MART, a California corporation,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>    Counterclaim Defendant. | Case No. 2:11-CV-00976-JAM-DAD<br><br>**ORDER GRANTING REQUEST TO CONTINUE THE HEARING DATE FOR ARROWOOD'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. John A. Mendez |

Having considered the parties' Joint Stipulation and Motion to Continue the Hearing Date for Arrowood's Motion for Partial Summary Judgment from July 24, 2013, at 9:30 a.m., to September 11, 2013, at 9:30 a.m., and good cause appearing therefore, the Court hereby grants the parties' joint motion and continues the hearing date for Arrowood's currently pending Motion for Partial Summary Judgment to September 11, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

Date: 6/27/2013                                                     /s/ John A. Mendez

                                                      Honorable John A. Mendez
                                                     United States District Court Judge