UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>　　Plaintiff,<br>vs.<br><br>BEL AIR MART, a California corporation; R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust; ROBERT GERN NAGLER, an individual,<br><br>　　Defendants.<br><br>BEL AIR MART, a California corporation,<br><br>　　Counterclaim Plaintiff,<br>vs.<br><br>ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>　　Counterclaim Defendant. | Case No. 2:11-CV-00976-JAM-AC<br><br>**ORDER GRANTING REQUEST TO CONTINUE THE HEARING DATE ON PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. John A. Mendez |

Having considered the parties' Joint Stipulation and Motion to Continue the Hearing Date on Parties' Cross-Motions for Partial Summary Judgment from October 23, 2013, at 9:30 a.m., to November 6, 2013, at 9:30 a.m., and good cause appearing, the Court hereby **grants** the parties' joint motion and continues the hearing date for the parties' currently pending motions for partial summary judgment to November 6, 2013, at 9:30 a.m.

Further, the Court orders that the briefing scheduling stated in the Court's Minute Order dated August 29, 2013 (ECF No. 69) shall remain.  Therefore, Arrowood's opposition to Bel Air's cross-motion for partial summary judgment shall be filed by Wednesday, October 9, 2013; Arrowood's reply, if any, to Bel Air's opposition to Arrowood's motion for partial summary judgment shall be filed by Wednesday, October 16, 2013; and Bel Air's reply, if any, to Arrowood's opposition to Bel Air's cross-motion for partial summary judgment shall be filed by Wednesday, October 16, 2013.

**IT IS SO ORDERED**.

DATED: 9/6/2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE