BRUCE D. CELEBREZZE (SBN 102181)
bruce.celebrezze@sedgwicklaw.com
ALEXANDER E. POTENTE (SBN 208240)
alex.potente@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff and Counterdefendant
ARROWOOD INDEMNITY COMPANY,
formerly known as ROYAL INDEMNITY COMPANY,
as successor to GLOBE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEL AIR MART, a California corporation; R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust; ROBERT GERN NAGLER, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-CV-00976-JAM-DAD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF HEARING ON THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　November 6, 2013<br>Time:　9:30 a.m.<br>Ctrm:　6<br>Judge:　Hon. John A. Mendez |

Having considered the parties' joint Stipulation For Continuance Of Hearing On The Parties' Motions For Partial Summary Judgment from November 6, 2013, at 9:30 a.m., to December 11, 2013, or the next available hearing date, the court hereby **grants** the parties' stipulation and continues the hearing date for the parties' currently pending motions for partial summary judgment to **January 22, 2014**, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  October 31, 2013          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE