BRUCE D. CELEBREZZE (SBN 102181)
bruce.celebrezze@sedgwicklaw.com
ALEXANDER E. POTENTE (SBN 208240)
alex.potente@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff and Counterdefendant
ARROWOOD INDEMNITY COMPANY,
formerly known as ROYAL INDEMNITY COMPANY,
as successor to GLOBE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> BEL AIR MART, a California corporation; R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust; ROBERT GERN NAGLER, an individual, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:11-CV-00976-JAM-DAD <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL OF THE COMPLAINT WITH PREJUDICE AGAINST R. GERN NAGLER <u>ONLY</u> BY ARROWOOD INDEMNITY COMPANY AND ROBERT GERN NAGLER** <br><br> [Fed.R.Civ.P. 41] |
|---|---|

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff/counterdefendant Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor to Globe Indemnity Company ("Arrowood") and defendants R. Gern Nagler, as Trustee of the John W.

Burns Testamentary Trust, and Robert Gern Nagler, individually (collectively "Nagler"), by and through their respective attorneys of record, that:

1. Arrowood's complaint for relief as against Nagler only shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs, and

2. Nagler withdraws his tender of defense and indemnity, as well as any and all claims against Arrowood, including, but not limited to, any claims for insurance coverage or benefits under the following policies issued by Arrowood to Bel Air Mart:

- Globe Indemnity Company policy no. GYA120835, effective April 1, 1977 to April 1, 1980;
- Globe Indemnity Company policy no. GYA190960, effective April 1, 1980 to August 1, 1982;
- Globe Indemnity Company policy no. GYA248615, effective August 1, 1982 to August 1, 1985;
- Globe Indemnity Company policy no. GYAE29422, effective August 1, 1985 to August 1, 1988;
- Globe Indemnity Company policy no. GSP089722, effective August 1, 1988 to August 1, 1989;
- Globe Indemnity Company policy no. GSP150040, effective August 1, 1989 to August 1, 1990;
- Globe Indemnity Company policy no. GTY425071, effective August 1, 1990 to August 1, 1991; and
- Globe Indemnity Company policy no. GTY425072, effective August 1, 1991 to September 1, 1991.

To the extent that they are asserted in the above-titled action, these claims shall be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: January 14, 2015          SEDGWICK LLP

By: */s/ Alexander E. Potente*
　　Bruce D. Celebrezze
　　Alexander E. Potente
　　Attorneys for Plaintiff and Counterdefendant
　　ARROWOOD INDEMNITY COMPANY formerly
　　known as ROYAL INDEMNITY COMPANY, as
　　successor to GLOBE INDEMNITY COMPANY

DATED: January 7, 2015        WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP

By: _/s/ Eric Garner  [as authorized on January 7, 2015]_
Carl Paul Blaine
Eric Garner
Attorneys for Defendant
R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust, and ROBERT GERN NAGLER, an individual

## **ORDER**

Having reviewed the Joint Stipulation set forth above, the Court hereby adopts the terms set forth therein by way of this Order.

IT IS SO ORDERED.

DATED: 1/16/2015

_/s/ John A. Mendez_
Hon. Judge John A. Mendez
U.S. District Court
Eastern District of California