1  BRUCE D. CELEBREZZE (SBN 102181)
   bruce.celebrezze@sedgwicklaw.com
2  ALEXANDER E. POTENTE (SBN 208240)
   alex.potente@sedgwicklaw.com
3  SEDGWICK LLP
   333 Bush Street, 30th Floor
4  San Francisco, California 94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Plaintiff and Counterdefendant
   ARROWOOD INDEMNITY COMPANY,
7  formerly known as ROYAL INDEMNITY COMPANY,
   as successor to GLOBE INDEMNITY COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, a Delaware corporation formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BEL AIR MART, a California corporation; R. GERN NAGLER, as Trustee of the John W. Burns Testamentary Trust; ROBERT GERN NAGLER, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-CV-00976-JAM-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>**[Fed.R.Civ.P. 41]** |

20547511v1

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff/counterdefendant Arrowood Indemnity Company, formerly known as Royal Indemnity Company, as successor to Globe Indemnity Company ("Arrowood") and defendant/counterclaimant Bel Air Mart, by and through their respective attorneys of record, stipulate as follows:

WHEREAS, all claims involving defendants R. Gern Nagler, as Trustee of the John W. Burns Testimentary Trust, and Robert Gern Nagler, individually, were dismissed with prejudice on January 16, 2015;

IT IS HEREBY STIPULATED AND AGREED THAT the remaining entirety of the action, including all claims by Arrowood and Bel Air Mart, be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: October 1, 2015                SEDGWICK LLP

By: */s/ Alexander E. Potente*
Bruce D. Celebrezze
Alexander E. Potente
Attorneys for Plaintiff and Counterdefendant
ARROWOOD INDEMNITY COMPANY formerly known as ROYAL INDEMNITY COMPANY, as successor to GLOBE INDEMNITY COMPANY

DATED: October 1, 2015                OSBORNE & NESBITT LLP

By: */s/ Gary W. Osborne*
Gary W. Osborne
Dominic S. Nesbitt
Attorneys for Defendant and Counterclaimant
BEL AIR MART

20547511v1

**ORDER**

Having reviewed the Stipulation set forth above, the Court hereby adopts the terms set forth therein by way of this Order.

IT IS SO ORDERED.

DATED: October 1, 2015

/s/ John A. Mendez
Hon. Judge John A. Mendez
U.S. District Court
Eastern District of California